USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
   GAMBLE,

                              Plaintiff,   :   1:19-cv-00081 (ALC)

          -against-   :   **ORDER**

   CITY OF NEW YORK et al,

                         Defendants.
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter motion to stay or in the alternative, to dismiss for plaintiff's failure to update current address. Plaintiff shall file a response by February 14, 2020.

**SO ORDERED.**

**Dated:** January 29, 2020

      New York, New York                                   **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**