

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 2, 2021
```

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEFANO PÉREZ**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2381<br>Fax: (212) 356-3509<br>sperez@law.nyc.gov |

February 1, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

        Re:    DaJohn Gamble v. City of New York, et al.
                  19-CV-81 (ALC) (GWG)

Your Honor:

      I am the attorney assigned to the defense of the above-referenced matter. Defendant City of New York respectfully writes to request a brief enlargement of time until February 8, 2021 by which to provide the Court with a status report regarding plaintiff's pending criminal prosecution.

      By way of background, on January 2, 2019, plaintiff DaJohn Gamble, who is proceeding pro se, filed the instant action against the City of New York, the New York City Police Department, Police Officer Erickson Ramirez, Sergeant Dany Fana, and two John Doe Police Officers, alleging that on May 18, 2018, members of the New York City Police Department subjected him to excessive force. Upon information and belief, plaintiff was released from the custody of the New York City Department of Correction on February 25, 2019 and has not updated his contact information with the Court since.

      In accordance with the Court Order dated November 6, 2020, defendant City filed a status report on December 3, 2020 and respectfully requested that the Court continue the stay of this matter due to plaintiff's ongoing criminal prosecution. By Order dated December 4, 2020, the Court granted defendant's application. As Your Honor may recall, according to the criminal docket sheet, plaintiff had a criminal court appearance scheduled for January 29, 2021.

As of this writing, plaintiff's criminal docket sheet has not been updated since his criminal court appearance scheduled for January 29, 2021. Due to inclement weather conditions, court operations within the New York State Unified Court System have been disrupted. Accordingly, defendant City respectfully requests a brief enlargement of time until February 8, 2021 by which to provide the Court with a status report regarding plaintiff's pending criminal prosecution.

Thank you for your consideration herein.

Respectfully submitted,

S/ *Stefano Pérez*

Stefano Pérez
*Assistant Corporation Counsel*
*Special Federal Litigation Division*

\*I will monitor the Docket Sheet and send a copy of this document to plaintiff once he updates his address with the Court.

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 2, 2021