USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 9, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**DAJOHN GAMBLE,**

                            **Plaintiff,**

                **-against-**

**THE CITY OF NEW YORK ET AL,**

                          **Defendants.**

------------------------------------------------------------ x

**19-CV-81 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The City of New York shall file a status report by April 8, 2021. The Court continues the stay of the matter.

**SO ORDERED.**

**Dated:  February 9, 2021**
        **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**