USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 1, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAJOHN GAMBLE,** | |
| Plaintiff, | |
| -against- | **19-CV-00081 (ALC)** |
| **CITY OF NEW YORK ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's status report. ECF No. 50. Defendants represent that on November 12, 2021 the prosecution moved to dismissed Plaintiff's criminal case. Defendants shall submit a status report on **December 8, 2021**, confirming that Plaintiff's criminal matter has indeed been resolved and dismissed.

Defendants also represent that they are in contact with Plaintiff's defense attorney. Defendants shall attempt to obtain Plaintiff's contact information to notify Plaintiff of the impending lifting of the stay and the outdated contact information on the docket.

Defendants are ordered to serve this order on Plaintiff and file proof of service no later than **December 2, 2021**.

**SO ORDERED.**

**Dated:  December 1, 2021**
       New York, New York

                                                               _____
                                                               **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**